```
PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 10-72883 RN** |
| **LILIAN GRACE PICKETT ABRENICA,** | **Chapter 13** |
| Debtor. | **DECLARATION OF DEBTOR IN SUPPORT OF DEBTOR'S MOTION TO VALUE LIEN** |
| _____/ | |

I, Lilian Abrenica, declare:

1. I am the debtor in the above-captioned case.

2. The facts contained herein are true and correct and if called upon as a witness I can testify competently as to them.

3. At the time I filed my chapter 13 case, on November 8, 2010, I was the owner of the real property located at 4797 Fair Avenue, Oakland, CA 94619 (the "property").

4. I am informed and believe that on the date I filed my case, my property was worth approximately $500,000.00.

5. The property is encumbered by a First Deed of Trust in favor of Aurora Loan Services, LLC in the sum of $609,304.70, as evidenced by its proof of claim filed on December 16, 2010, a copy of which is attached as Exhibit A and made a part hereof.

Page 1 of 2

Case: 10-72883    Doc# 19-2    Filed: 01/24/11    Entered: 01/24/11 10:58:29    Page 1 of 2

6. JPMorgan Chase Bank, NA is the beneficiary of a Second Deed of Trust against the property in the sum of $71,878.35, as evidenced by its proof of claim filed on December 13, 2010, a copy of which is attached as Exhibit B and made a part hereof.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 4, 2011 /s/ Lilian Abrenica
LILIAN ABRENICA