Entered on Docket
January 31, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed January 31, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

CASPER J. RANKIN (CA SBN 249196)
ERIN L. LANEY (CA SBN 259863)
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17933
SAN DIEGO, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>LILIAN GRACE PICKETT ABRENICA,<br><br>Debtor(s). | Case No. 10-72883<br><br>Chapter 13<br><br>ORDER ON STIPULATION RE: AVOIDANCE OF LIEN |

The parties having agreed to the terms set forth in the Stipulation Re: Avoidance of Lien are bound by the terms of their stipulation. The Stipulation Re: Avoidance of Lien, docket entry number 20, is hereby approved and made an order of the court.

**END OF ORDER**

# COURT SERVICE LIST

**ATTORNEY FOR MOVANT**

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

**DEBTOR(S)**

Lilian Grace Pickett Abrenica
4797 Fair Avenue
Oakland, CA 94619

**DEBTOR(S) ATTORNEY**

Corrine Bielejeski
Patrick L. Forte
Law Offices of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612

**CHAPTER 13 TRUSTEE**

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540-5004

**U.S. TRUSTEE**

U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612